UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ABIGAIL STARR and LAUREN SNIDER, on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>            v.<br><br>MOWI ASA; MOWI USA, LLC; and MOWI DUCKTRAP, LLC,<br><br>                              Defendants. | Case No. 20-cv-00488-LEW |

**CONSENT MOTION TO STAY PENDING FINAL APPROVAL OF SETTLEMENT**

Plaintiffs Abigail Starr and Lauren Snider (collectively, "Plaintiffs") respectfully ask this Court to stay this case pending a final determination by the U.S. District Court for the Southern District of New York regarding whether a class action settlement agreement in *Neversink General Store v. Mowi USA, LLC*, No. 1:20-cv-09293 (S.D.N.Y.) ("*Neversink* Action") should be finally approved.

On March 26, 2021, Defendants Mowi ASA; Mowi USA, LLC; and Mowi Ducktrap, LLC (collectively, "Defendants") filed a motion to dismiss or stay Plaintiffs' case (ECF No. 21) in light of a proposed class action settlement in the *Neversink* Action. Plaintiffs continue to oppose dismissal of the instant case for the reasons set forth in Plaintiffs' opposition to Defendants' motion to dismiss. (ECF No. 22)

Nevertheless, in light of the *Neversink* court's May 14, 2021 Order Granting Preliminary Approval of Settlement (ECF No. 26-1), which temporarily enjoins potential class members (such as Plaintiffs) from maintaining actions against Defendants concerning the claims at issue, Plaintiffs

1

respectfully request that this Court stay this case pending a decision from the *Neversink* court regarding final approval of the proposed *Neversink* class action settlement. Plaintiffs further request that the Court order the parties to file a status report within seven days after the court issues an order on final approval in the *Neversink* matter. Plaintiffs have obtained Defendants' consent to this motion.

DATED: June 1, 2021

                                  **RICHMAN LAW & POLICY**

                          BY:  */s/ Kim Richman*

                                  Kim Richman (*pro hac vice*)
                                  Jay Shooster (*pro hac vice*)
                                  Margaret Sun (*pro hac vice*)
                                  1 Bridge Street, Suite 83
                                  Irvington, NY 10533
                                  (718) 705-4579 (phone)
                                  (718) 228-8522 (fax)
                                  krichman@richmanlawpolicy.com
                                  jshooster@richmanlawpolicy.com
                                  msun@richmanlawpolicy.com

                                  **PETRUCELLI, MARTIN & HADDOW LLP**

                                  James B. Haddow (Bar No. 003340)
                                  Two Monument Square, Suite 900
                                  Post Office Box 17555
                                  Portland, Maine 04112-8555
                                  (207) 775-0200 (phone)
                                  (207) 775-2360 (fax)
                                  jhaddow@pmhlegal.com

                                  *Counsel for Plaintiff Starr, Plaintiff Snider, and Proposed Class*